UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUTIMIO LOPEZ,<br><br>   Plaintiff,<br><br>   v.<br><br>U. GARCIA, et al.,<br><br>   Defendants. | No. 2:20-cv-0251 TLN AC P<br><br><br>FINDINGS AND RECOMMENDATIONS |

By order filed February 6, 2020, plaintiff was directed to pay the filing fee to proceed with this action, or submit an application to proceed in forma pauperis affidavit together with a certified copy of his prison trust account statement. ECF No. 3. Plaintiff was cautioned that failure to comply within thirty days would result in a recommendation that this action be dismissed. Id. at 1. The thirty-day period has expired and plaintiff has not responded to the court's order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one (21) days after the filing date of these findings and recommendations, plaintiff may file written objections with the court. Such a document should be captioned "Objections to Magistrate

Judge's Findings and Recommendations." Failure to file objections within the specified time may waive the right to appeal the district court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: April 16, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE